FRED. NIELSEN v. JOHN J. WAKEFIELD, HIGHWAY COM'R.

*Proceedings to lay out a highway—Service of notice.*

Proceedings to lay out a highway are void if there is no proof of service of the notice of the meeting to determine its necessity and appraise the damages.

Certiorari to highway commissioner.    Submitted April 22.    Decided April 28.

*W. E. Ambler* for plaintiff in certiorari.    Notice of proceedings to lay out a highway must be shown in the return by the highway commissioner to a writ of certio-

rari, *Van Auken v. Com'rs* 27 Mich. 414; *People v. Com'rs of Nankin* 14 Mich. 528; *Dupont v. Com'rs* 28 Mich. 362.

MARSTON, C. J.    Proceedings were taken to lay out a highway. The commissioner returns that a meeting was held to view the premises, ascertain and determine the necessity of laying out the highway and to appraise the damages, and that although action was taken at that meeting, yet there was no proof of service of notice thereof in any manner.    The case is therefore disposed of by previous decisions and the proceedings must be quashed.

The other Justices concurred.